IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEILA JORDAN ) | |
| ) | |
| v. ) | No. 3:13-0338 |
| ) | Judge Nixon/Bryant |
| SOCIAL SECURITY ADMINSTRATION ) | |

### O R D E R

On September 26, 2013, defendant filed a motion for entry of judgment with remand of this case for further administrative proceedings (Docket Entry No. 15), acknowledging that its decision denying plaintiff's claim to benefits contains reversible error. Defendant states in its motion that plaintiff's counsel has been contacted and has no objection to the motion. Id. at 1. Accordingly, there are no further proceedings to be conducted by the Magistrate Judge, and the file will be transmitted to the District Judge for disposition. The Clerk is directed to terminate the referral designation in this case.

So **ORDERED**.

       s/ John S. Bryant
       JOHN S. BRYANT
       UNITED STATES MAGISTRATE JUDGE