# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEILA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-00338 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 15), filed along with a Memorandum in Support (Doc. No. 16). Defendant states that remand is "appropriate in this case for the Administrative Law Judge (ALJ) to re-evaluate the evidence of record." (Doc. No. 16 at 1.) Specifically, the ALJ is to determine whether the disability rating of the VA is entitled to great weight, and provide valid reasons for the weight given if not. (*Id.*) Defendant indicates that Plaintiff's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 15.)

The Court hereby **GRANTS** Defendant's Motion and **REMANDS** this case to the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 27th day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE

UNITED STATES DISTRICT COURT